No. 75–420. UNITED STATES ET AL. *v.* CHESAPEAKE & OHIO RAILWAY CO. ET AL. Appeal from D. C. E. D. Va. Probable jurisdiction noted. MR. JUSTICE POWELL took no part in the consideration or decision of this matter.*

No. 75–260. McDONALD ET AL. *v.* SANTA FE TRAIL TRANSPORTATION CO. ET AL. C. A. 5th Cir. Certiorari granted.

No. 75–44. BURRELL ET AL. *v.* McCRAY ET AL. C. A. 4th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–76. SOUTH DAKOTA *v.* OPPERMAN. Sup. Ct. S. D. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–382. FEDERAL ENERGY ADMINISTRATION ET AL. *v.* ALGONQUIN SNG, INC., ET AL. C. A. D. C. Cir. Certiorari granted. In addition to question presented by the petition, the parties are directed to brief and argue applicability of the Anti-Injunction Act, 26 U. S. C. § 7421.

No. 75–5027. BRYAN *v.* ITASCA COUNTY, MINNESOTA. Sup. Ct. Minn. Motion for leave to proceed *in forma pauperis* and certiorari granted.

*See also note, *supra,* p. 918.